**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**DANNY LYNN ELECTRICAL, et al.,**
      **Movants,**

  v.                                                        Case No. 11-MC-00028

**VEOLIA ES SOLID WASTE MIDWEST, LLC,**
**et al.,**
      **Respondents.**

---

### ORDER

In this case, movants Danny Lynn Electrical & Plumbing, LLC, Kevin Potthoff, Rocky Ridge Pharmacy, Inc., and First Missionary Baptist Church moved to compel production of certain documents responsive to subpoenas. The documents are relevant to <u>Danny Lynn Elec. & Plumbing, LLC, et al. v. Veolia ES Solid Waste Southeast, Inc., et al.</u>, Case No. 09-CV-00192 (M.D. Ala.). Since discovery in the underlying litigation is now closed, I am denying the motion as moot. Movants are free to file a new motion to enforce the subpoenas if appropriate.

**THEREFORE, IT IS ORDERED** that the motion to enforce the subpoenas [DOCKET #1] and respondent's motion to transfer the case to the United States District Court for the Middle District of Alabama [DOCKET #2] are **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 7th day of February 2012.

                                                      s/_____
                                                      LYNN ADELMAN
                                                      District Judge